1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY D. BAILEY, | CASE NO. C25-1220-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO REMAND |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

The parties have filed a stipulated motion to remand this case for further administrative proceedings. Dkt. No. 8.

The Court GRANTS the motion and ORDERS that the Commissioner's decision is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g) for a new hearing before an administrative law judge and a new decision with respect to Plaintiff's application for disability benefits.  On remand, the administrative law judge shall take any necessary action to complete the administrative record, offer Plaintiff a hearing, reevaluate the medical opinions and prior administrative medical findings, reevaluate Plaintiff's residual functional capacity, continue the sequential evaluation process, obtain vocational expert testimony if necessary, and issue a new decision.

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Plaintiff may be entitled to reasonable attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Dated this 21st day of August, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge